IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 18 2009

CLERK, U.S. DISTRICT COURT
By _____
      Deputy

| | | |
|---|---|---|
| JOANN BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-155-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

O R D E R

Came on for consideration the above-captioned action wherein Joann Brown is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for widow's insurance benefits under Title II of the Social Security Act. On April 23, 2009, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until May 14, 2009, to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings and conclusions of the United States Magistrate Judge.

Therefore,

The court ORDERS that the final decision of the Commissioner be, and is hereby, reversed, and that plaintiff's claim be, and is hereby, remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g)[1] for further proceedings consistent with the Magistrate Judge's findings and conclusions.

SIGNED May 18, 2009.

JOHN McBRYDE
United States District Judge

---

[1] As explained by the Supreme Court, a remand pursuant to sentence six of § 405(g) may be ordered only where the Commissioner "requests a remand before answering the complaint, or where new, material evidence is adduced that was for good cause not presented before the agency." Shalala v. Schaefer, 509 U.S. 292, 297 n.2 (1993). Neither of those circumstances is before the court in this action.